```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 07-61700-CIV-ZLOCH
```

TRUSTEES OF MIAMI IRONWORKERS
LOCAL 272 PENSION FUND, et al.,

    Plaintiffs,

vs.                                               **O R D E R**

AMALGAMATED GLASS, INC.,

    Defendant.
_____/

THIS MATTER is before the Court upon Plaintiffs Trustees of Miami Ironworkers Local 272 Pension Fund, Trustees of Southeastern Ironworkers Health Care Plan, and Trustees of Ironworkers Local 272 JATC Trust Fund's Motion To Compel Defendant To Submit Books And Records And For Audit (DE 16) and Plaintiffs' Renewed Motion To Compel Defendant To Submit Books And Records And For Audit And Motion For Enlargement Of Time For Compliance By Plaintiffs With Order Entering Default (DE 23). The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

The Court notes that the Parties entered into a Collective Bargaining Agreement wherein Defendant agreed to the following provision:

> 12.4 PRODUCTION OF RECORDS: Each Employer shall promptly furnish for inspection to the Trustees or their designee, on demand, all payroll records relating to all Employees (not only those Employees conceded by the contractor to be covered by a collective bargaining agreement requiring contributions to the Funds). The payroll records required to be produced shall include, but not be limited

>      to: (1) IRS Form 941; (2) Unemployment Compensation Tax
>      Form UCT-6: (3) payroll journal, disbursements journal,
>      payroll subsidiary; (4) time and job record cards; (5)
>      listing schedule of subcontractors; and (6) all other
>      payroll records.

DE 1, Ex. A, p. 22.  Additionally, Defendant conceded it has an obligation to make payments to the Trustees and has failed to make all requisite payments.  See DE 8, ¶¶ 4 & 7.  Further, Defendant admitted Plaintiff is entitled to the production of payroll records and an audit thereof, and defendant admitted it has sole custody over the requested documents.  Id. ¶¶ 8 & 10.

   Accordingly, after due consideration, it is

   **ORDERED AND ADJUDGED** as follows:

   1. That Plaintiffs' Motion To Compel Defendant To Submit Books And Records And For Audit (DE 16) and Plaintiffs' Renewed Motion To Compel Defendant To Submit Books And Records And For Audit And Motion For Enlargement Of Time For Compliance By Plaintiffs With Order Entering Default (DE 23), be and the same are hereby **GRANTED**;

   2. That on or before noon Tuesday, April 8, 2008, Defendant Amalgamated Glass, Inc. shall serve counsel for Plaintiffs, at the following address,

> Lee H. Bessell, Esq.
> 900 N. Federal Hwy., Suite 308
> Hallandale Beach, FL 33009
> (954) 456-4771

with all payroll records relating to all of its Employees (not only those Employees conceded by the contractor to be covered by a collective bargaining agreement requiring contributions to the

Funds). The payroll records required to be produced shall include, but not be limited to: (1) IRS Form 941; (2) Unemployment Compensation Tax Form UCT-6: (3) payroll journal, disbursements journal, payroll subsidiary; (4) time and job record cards; (5) listing schedule of subcontractors; and (6) all other payroll records, for the period from March 2007 through and including the date of this Order;

3. **UPON THE FAILURE OF DEFENDANT TO COMPLY WITH THE TERMS AND CONDITIONS OF THIS ORDER, LEE MORRISON, CONTROLLER OF AMALGAMATED GLASS, INC., MAY BE HELD IN CONTEMPT OF COURT;**

4. That on or before <u>noon</u> <u>Friday, April 11, 2008</u>, Plaintiffs shall file Notice with the Clerk of this Court as to the status of Defendant's compliance with this Order;

5. Pursuant to Federal Rule of Civil Procedure 37, on or before <u>noon</u> <u>Tuesday, April 8, 2008</u>, Defendant Amalgamated Glass, Inc. shall file with the Clerk of this Court Memoranda showing good cause for its failure to comply with Plaintiffs discovery requests;

6. Pursuant to Federal Rule of Civil Procedure 37, on or before <u>noon</u> <u>Tuesday, April 8, 2008</u>, Plaintiffs shall file a Memorandum with all necessary Affidavits and Exhibits establishing for the Court the attorney's fees and costs incurred in preparation and execution of the instant Motions (DE Nos. 16 & 23); and

7. On or before <u>noon</u> <u>Friday, April 25, 2008</u>, Plaintiffs shall file a Motion For Final Judgment By Default, together with all

necessary Exhibits and Affidavits.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __28th__ day of March, 2008.

                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:

All Counsel of Record

Leo Morrison, Controller
Amalgamated Glass, Inc.
1092 Business Lane, Suite 1
Naples, FL 34110