UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61700-CIV-ZLOCH

TRUSTEES OF MIAMI IRONWORKERS
LOCAL 272 PENSION FUND, et al.,

    Plaintiffs,

vs.                                           **O R D E R**

AMALGAMATED GLASS, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiffs Trustees of Miami Ironworkers Local 272 Pension Fund, Trustees of Southeastern Ironworkers Health Care Plan, and Trustees of Ironworkers Local 272 JATC Trust Fund's Memorandum Establishing Attorney Fees (DE 25), which the Court construes as a Motion For Attorney's Fees. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court notes that Local Rule 7.3(B) mandates the compliance with seven elements with respect to Motions For Attorney's Fees, including, but not limited to the requirement that said Motion "shall be supported by an affidavit of an expert witness. S.D. Fla. L.R. 7.3(B)(vii). Plaintiff has failed to include such an affidavit.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That Plaintiffs' Memorandum Establishing Attorney Fees (DE 25), which the Court construes as a Motion For Attorney's Fees, be

and the same is hereby **DENIED** without prejudice and with leave to refile;

    2. On or before noon on Friday, April 18, 2008, Plaintiffs shall file a Memorandum with all necessary Affidavits and Exhibits establishing for the Court the attorney's fees and costs incurred in preparing and executing the instant Motions (DE Nos. 16 & 23) in full compliance with Local Rule 7.3(B) of the Southern District of Florida; and

    3. Upon failure of Plaintiffs to fully comply with Local Rule 7.3(B), the Court shall deny Plaintiffs' Counsel any attorney's fees accrued in the preparation and execution of DE Nos. 16 & 23.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   11th    day of April, 2008.

                                                            WILLIAM J. ZLOCH
                                                    United States District Judge

Copies furnished:

All Counsel of Record

Leo Morrison, Controller
Amalgamated Glass, Inc.
1092 Business Lane, Suite 1
Naples, FL 34110