UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61700-CIV-ZLOCH

TRUSTEES OF MIAMI IRONWORKERS
LOCAL 272 PENSION FUND, et al.,

    Plaintiffs,

vs.                                                **O R D E R**

AMALGAMATED GLASS, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiffs' Motion For Leave To Add Party (DE 29).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Plaintiffs represent the interests of the Miami Ironworkers Pension Fund.  They filed suit under the Labor Management Relations Act, 28 U.S.C. § 185, and The Employee Retirement Income Security Act, 29 U.S.C. § 1132, et seq., seeking, inter alia, to audit Defendant's records as they pertain to its contributions into a multi-employer retirement plan.  In the process of prosecuting this action, Defendant, a corporation, failed to retain counsel, and its Answer was stricken and the Court entered default.  See DE 22.  Thereafter, the Court directed Plaintiffs to file a Motion For Default Final Judgment before noon on April 25, 2008.  After this case has been pending for five months and on the eve of the Court disposing of the same, Plaintiffs filed the instant Motion (DE 29) to add certain individuals as Defendants to this action.

Leave to Amend a party's complaint is freely given "when justice so requires." Fed. R. Civ. P. 15(a)(2). However, absent from Plaintiffs' Motion is any reference to whether the putative defendants they seek to add are properly joined under Rule 20(a)(2). In addition, there is no reference to whether any individual defendants can be held liable under the pertinent provisions of ERISA or the LMRA, particularly whether the causes of action brought in Plaintiff's Complaint (DE 1) may be brought against said individuals. Without such information the Court cannot determine whether the additional putative parties are properly added under the governing Federal Rules.

Therefore, the Court shall deny Plaintiff's Motion without prejudice and with leave to re-file in accord with the terms and conditions prescribed below. In addition, Plaintiffs shall both satisfy the basic requirements for filing such a motion as detailed in Local Rule for the Southern District of Florida 7.1.A.1, and attach an amended Complaint with any renewed motion to add partes that it seeks to file.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion For Leave To Add Party (DE 29) be and the same is hereby **DENIED** without prejudice and with leave to re-file;

2. Plaintiffs shall have up to and including <u>noon</u> <u>Thursday,</u>

2

<u>May 1, 2008</u>, to add any additional parties as Defendants; and

     3. Any motion to add additional parties shall be accompanied with a memorandum, with citation to the governing authority, that addresses whether these additional Defendants fall under Rule 20(a)(2) and whether Plaintiff may bring a cause of action against any individual defendants under either the Labor Management Relations Act, 28 U.S.C. § 185, and The Employee Retirement Income Security Act, 29 U.S.C. § 1132, <u>et seq.</u>

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this <u>  30th  </u> day of April, 2008.

                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

All Counsel and Parties of Record